UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. C.R. NO. 2000-5-L

ANGELO A. MOSCA, JR.

PETITION FOR RETURN OF PASSPORT

NOW COMES THE PETITIONER, ANGELO A. MOSCA, JR., IN THE ABOVE ENTITLED MATTER AND REPRESENTS THAT HE HAS SUCCESSFULLY COMPLETED ALL SENTENCES INCLUDING PROBATIONARY SENTENCE, (SEE ENCLOSED NOTICE OF DISCHARGE) AND PETITIONER RESPECTFULLY REQUESTS THIS HONORABLE COURT FOR THE RETURN OF HIS PASSPORT.

PETITIONER, PRO SE,
ANGELO A. MOSCA, JR.
558 PLEASANT VALLEY PARKWAY
PROVIDENCE RI 02908
401-521-9558

PER ORDER

ENTER:

____________________________