UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. C.R. NO. 2000-5-L

ANGELO A. MOSCA, JR.

FILED
AUG 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETITION FOR RETURN OF PASSPORT

NOW COMES THE PETITIONER, ANGELO A. MOSCA, JR., IN THE ABOVE ENTITLED MATTER AND REPRESENTS THAT HE HAS SUCCESSFULLY COMPLETED ALL SENTENCES INCLUDING PROBATIONARY SENTENCE, (SEE ENCLOSED NOTICE OF DISCHARGE) AND PETITIONER RESPECTFULLY REQUESTS THIS HONORABLE COURT FOR THE RETURN OF HIS PASSPORT.

8/25/05: GRANTED. USMJ

PETITIONER, PRO SE,
ANGELO A. MOSCA, JR.
558 PLEASANT VALLEY PARKWAY
PROVIDENCE RI 02908
401-521-9558

PER ORDER

ENTER:

☐ Referred to U.S.M.J. Almond
☐ for findings & accommendations
☒ ~~for de~~termination
☐ S

Ronald R. Lagueux, Senior U.S. District Judge

Date: 8-24-05